No. 147. UNITED STATES EX REL. KARPAY *v.* UHL, ACTING COMMISSIONER OF IMMIGRATION. October 8, 1934. Petition for writ of certiorari to the Circuit Court

of Appeals for the Second Circuit denied. *Mr. Christopher C. Cousins* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.